

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| IN THE INTEREST OF I.K. AND E.K., CHILDREN, | § | No. 08-22-00055-CV |
| | § | Appeal from the |
| Appellant, | § | 383rd District Court |
| | § | of El Paso County, Texas |
| | § | (TC# 2019DCM7783) |
| | § | |

**O R D E R**

The notice of appeal was filed April 1, 2022. On April 14, 2022, we initially abated the appeal for the trial court to hold a hearing regarding notice of the judgment. The appeal was reinstated on June 20, 2022.

On June 22, 2022, the Appellant notified the Court his trial counsel no longer represented him. Appellant's current counsel made her first appearance on July 18, 2022. The reporter's record was filed on September 1, 2022. On September 20, 2022, Appellant's counsel filed her first motion for extension based on the fact the record was incomplete and required supplementation. The Court granted that extension. On October 18, 2022, Appellant's counsel requested a second extension due to the record still not being complete. The Court granted the second motion. On November 28, 2022, Appellant's counsel requested an order of abatement until the supplemental record was

filed. That motion for abatement was granted. On December 19, 2022, the case was reinstated, giving Appellant until January 2, 2022 to file the brief.

Appellant's counsel has filed her third motion for extension requesting she be given until February 1, 2023 to submit the brief. The Court will grant a seven-day extension to **January 9, 2023**. NO FURTHER EXTENSIONS OF TIME TO FILE THE BRIEF WILL BE CONSIDERED BY THE COURT.

IT IS SO ORDERED this 21st day of December, 2022.

PER CURIAM

Before Rodriguez, C.J., Palafox and Alley, JJ.